| | |
|---|---|
| **From:** | Fulton, Kevin D. |
| **Sent:** | Wednesday, March 21, 2012 4:26 PM |
| **To:** | Ross, Teresa |
| **Subject:** | RE: DxID Data |
| **Attachments:** | dxid_dx deletes and non accept.xls |

Teresa –

Attached is a file with the records that were sent and later deleted by DX-ID, I also included a tab of dx codes that were rejected by CMS.

Kevin



dxid_dx deletes and non accept…

_____

**From:** Ross, Teresa
**Sent:** Tuesday, March 20, 2012 10:44 AM
**To:** Fulton, Kevin D.
**Subject:** RE: DxID Data


Thank you Kevin…   It would be good to see the deletes if possible.

Teresa :)

_____

| | |
|---|---|
| **From:** | Fulton, Kevin D. |
| **Sent:** | Tuesday, March 20, 2012 10:31 AM |
| **To:** | Ross, Teresa |
| **Subject:** | RE: DxID Data |

Teresa -

Yes there were some deleted records along the way from   DX-ID, and some of these deleted records were later resubmitted.   I provided all records to you, deleted or not, because the dx codes they identified were actually associated with the patient.   My understanding was the deletion decision was based on if we felt the encounter could be submitted as opposed to if we felt the patient had a specific disease.   I can provide the deletions to you if you want them, or however if it were me as a patient I would prefer that my provider to know of the condition.
Kevin

_____

| | |
|---|---|
| **From:** | Ross, Teresa |
| **Sent:** | Tuesday, March 20, 2012 9:49 AM |
| **To:** | Fulton, Kevin D. |
| **Subject:** | DxID Data |

Hey Kevin!

I heard something along the way about a delete file that we received from DxID.   The file I received had 4854 records and all looked like additions.   Did we receive a delete file that I should have for the algorithm?

Teresa

DxID Deletes

| CONSUMNO [REDACTED] | DIAG | UBFRDATE | UBTODATE | MEDICARE [REDACTED] |
|---|---|---|---|---|
| | 20410 | 14-Jun-10 | 14-Jun-10 | |
| | 4400 | 26-Jul-10 | 26-Jul-10 | |
| | 3599 | 23-Dec-10 | 23-Dec-10 | |
| | 4400 | 10-Dec-10 | 10-Dec-10 | |
| | 25060 | 27-Jan-10 | 27-Jan-10 | |
| | 3572 | 27-Jan-10 | 27-Jan-10 | |
| | 412 | 1-Feb-10 | 1-Feb-10 | |
| | 4439 | 1-Feb-10 | 1-Feb-10 | |
| | 5859 | 11-Oct-10 | 11-Oct-10 | |
| | 23770 | 4-Mar-10 | 4-Mar-10 | |
| | 30390 | 4-Mar-10 | 4-Mar-10 | |
| | 412 | 8-Oct-10 | 8-Oct-10 | |
| | 29630 | 11-Feb-10 | 11-Feb-10 | |
| | 412 | 11-Feb-10 | 11-Feb-10 | |
| | 7054 | 3-Aug-10 | 3-Aug-10 | |
| | 4400 | 31-Aug-10 | 31-Aug-10 | |
| | 42731 | 12-Aug-10 | 12-Aug-10 | |
| | 5859 | 10-Feb-10 | 10-Feb-10 | |
| | 4400 | 13-Dec-10 | 13-Dec-10 | |
| | 5851 | 12-May-10 | 12-May-10 | |
| | 43820 | 14-Jan-10 | 14-Jan-10 | |
| | 25040 | 5-Jul-10 | 5-Jul-10 | |
| | 25040 | 11-Aug-10 | 11-Aug-10 | |
| | 4439 | 13-Jul-10 | 13-Jul-10 | |
| | 3572 | 13-Oct-10 | 13-Oct-10 | |
| | 29622 | 23-Aug-10 | 23-Aug-10 | |
| | 42731 | 18-Aug-10 | 18-Aug-10 | |
| | 30393 | 8-Dec-10 | 8-Dec-10 | |
| | 4400 | 13-Jul-10 | 13-Jul-10 | |
| | 185 | 3-Jun-10 | 3-Jun-10 | |
| | 4400 | 22-Mar-10 | 22-Mar-10 | |
| | 4400 | 23-Jun-10 | 23-Jun-10 | |
| | 4400 | 23-Jun-10 | 23-Jun-10 | |
| | 4400 | 16-Dec-10 | 16-Dec-10 | |
| | 3572 | 8-Dec-10 | 8-Dec-10 | |
| | 4139 | 9-Sep-10 | 9-Sep-10 | |
| | 412 | 11-Aug-10 | 11-Aug-10 | |
| | 5070 | 26-Aug-10 | 26-Aug-10 | |
| | 412 | 22-Jan-10 | 22-Jan-10 | |
| | 42731 | 22-Jan-10 | 22-Jan-10 | |
| | 25080 | 19-Jul-10 | 19-Jul-10 | |
| | 3572 | 8-Mar-10 | 8-Mar-10 | |
| | 412 | 8-Mar-10 | 8-Mar-10 | |
| | 4280 | 8-Mar-10 | 8-Mar-10 | |
| | 5779 | 8-Mar-10 | 8-Mar-10 | |
| | 5853 | 8-Mar-10 | 8-Mar-10 | |

REDACTED

DxID Deletes

| CONSUMNO [REDACTED] | DIAG | UBFRDATE | UBTODATE | MEDICARE [REDACTED] |
|---|---|---|---|---|
| | 290.1 | 17-Feb-10 | 17-Feb-10 | |
| | 25000 | 11-Jan-10 | 11-Jan-10 | |
| | 4139 | 14-Jun-10 | 14-Jun-10 | |
| | 4160 | 4-May-10 | 4-May-10 | |
| | 2639 | 19-Feb-10 | 19-Feb-10 | |
| | 43820 | 4-Oct-10 | 4-Oct-10 | |
| | 3572 | 13-Apr-10 | 13-Apr-10 | |
| | 25070 | 20-Apr-10 | 20-Apr-10 | |
| | 412 | 4-Feb-10 | 4-Feb-10 | |
| | 4414 | 16-Apr-10 | 16-Apr-10 | |
| | 70722 | 16-Apr-10 | 16-Apr-10 | |
| | 58381 | 9-Mar-10 | 9-Mar-10 | |
| | 412 | 4-Jan-10 | 4-Jan-10 | |
| | 4400 | 27-Dec-10 | 27-Dec-10 | |
| | 4400 | 27-Dec-10 | 27-Dec-10 | |
| | 4414 | 7-Aug-10 | 7-Aug-10 | |
| | 412 | 2-Jun-10 | 2-Jun-10 | |
| | 4400 | 17-Sep-10 | 17-Sep-10 | |
| | 4400 | 24-Dec-10 | 24-Dec-10 | |
| | 4400 | 17-Mar-10 | 17-Mar-10 | |
| | 4400 | 17-Mar-10 | 17-Mar-10 | |
| | 79902 | 21-Aug-10 | 21-Aug-10 | |
| | 70721 | 25-Aug-10 | 25-Aug-10 | |
| | 25082 | 12-Feb-10 | 12-Feb-10 | |
| | 4400 | 17-May-10 | 17-May-10 | |
| | 4400 | 17-May-10 | 17-May-10 | |
| | 4414 | 26-May-10 | 26-May-10 | |
| | 4400 | 30-Sep-10 | 30-Sep-10 | |
| | 4400 | 11-Aug-10 | 11-Aug-10 | |
| | 58381 | 5-Jan-10 | 5-Jan-10 | |
| | 4400 | 30-Nov-10 | 30-Nov-10 | |
| | 4400 | 30-Nov-10 | 30-Nov-10 | |
| | 4400 | 5-Mar-10 | 5-Mar-10 | |
| | 4168 | 26-Feb-10 | 26-Feb-10 | |
| | 4400 | 22-Nov-10 | 22-Nov-10 | |
| | 4400 | 22-Nov-10 | 22-Nov-10 | |
| | 4439 | 7-Oct-10 | 7-Oct-10 | |
| | 4439 | 22-Sep-10 | 22-Sep-10 | |
| | 70705 | 22-Sep-10 | 22-Sep-10 | |
| | 412 | 13-Apr-10 | 13-Apr-10 | |

REDACTED

DxID Non Accepted

| CONSUMNO [REDACTED] | DIAG | UBFRDATE | UBTODATE | MEDICARE [REDACTED] | DELETEIND1 |
|---|---|---|---|---|---|
| | 290.1 | 17-Feb-10 | 17-Feb-10 | | D |
| | 5859 | 29-Jul-10 | 29-Jul-10 | | |
| | 70709 | 27-Apr-10 | 27-Apr-10 | | |
| | 4260 | 18-Jun-10 | 18-Jun-10 | | |
| | 56032 | 16-Sep-10 | 16-Sep-10 | | |
| | 56032 | 16-Sep-10 | 16-Sep-10 | | |
| | 56032 | 16-Sep-10 | 16-Sep-10 | | |
| | 30390 | 20-Aug-10 | 20-Aug-10 | | |
| | 5853 | 17-Nov-10 | 17-Nov-10 | | |
| | 29625 | 8-Jul-10 | 8-Jul-10 | | |
| | 29625 | 8-Jul-10 | 8-Jul-10 | | |
| | 42731 | 16-Mar-10 | 16-Mar-10 | | |
| | 42731 | 16-Mar-10 | 16-Mar-10 | | |
| | 42731 | 16-Mar-10 | 16-Mar-10 | | |
| | 42731 | 16-Mar-10 | 16-Mar-10 | | |
| | 4912 | 11-Nov-10 | 11-Nov-10 | | |
| | 4912 | 11-Nov-10 | 11-Nov-10 | | |
| | 4912 | 11-Nov-10 | 11-Nov-10 | | |
| | 4912 | 11-Nov-10 | 11-Nov-10 | | |
| | 3572 | 8-Mar-10 | 8-Mar-10 | | |
| | 1976 | 20-Jan-10 | 20-Jan-10 | | |
| | 1976 | 20-Jan-10 | 20-Jan-10 | | |
| | 1976 | 20-Jan-10 | 20-Jan-10 | | |
| | 1976 | 20-Jan-10 | 20-Jan-10 | | |
| | 3576 | 15-Feb-10 | 15-Feb-10 | | |
| | 3576 | 15-Feb-10 | 15-Feb-10 | | |
| | 3576 | 15-Feb-10 | 15-Feb-10 | | |
| | 3576 | 15-Feb-10 | 15-Feb-10 | | |
| | 5601 | 19-Feb-10 | 19-Feb-10 | | |
| | 5601 | 19-Feb-10 | 19-Feb-10 | | |
| | 5601 | 19-Feb-10 | 19-Feb-10 | | |
| | 5601 | 19-Feb-10 | 19-Feb-10 | | |
| | 5770 | 19-Feb-10 | 19-Feb-10 | | |
| | 5770 | 19-Feb-10 | 19-Feb-10 | | |
| | 5770 | 19-Feb-10 | 19-Feb-10 | | |
| | 5770 | 19-Feb-10 | 19-Feb-10 | | |
| | 25000 | 6-Jul-10 | 6-Jul-10 | | |
| | 25000 | 6-Jul-10 | 6-Jul-10 | | |
| | 25000 | 6-Jul-10 | 6-Jul-10 | | |
| | 4383 | 6-Jan-10 | 6-Jan-10 | | |
| | 4383 | 6-Jan-10 | 6-Jan-10 | | |
| | 4383 | 6-Jan-10 | 6-Jan-10 | | |
| | 4383 | 6-Jan-10 | 6-Jan-10 | | |
| | 78039 | 8-Mar-10 | 8-Mar-10 | | |
| | 4439 | 8-Mar-10 | 8-Mar-10 | | |
| | 4439 | 8-Mar-10 | 8-Mar-10 | | |

REDACTED

DxID Non Accepted

| CONSUMNO [REDACTED] | DIAG | UBFRDATE | UBTODATE | MEDICARE [REDACTED] | DELETEIND1 |
|---|---|---|---|---|---|
| | 4439 | 8-Mar-10 | 8-Mar-10 | | |
| | 44770 | 20-Sep-10 | 20-Sep-10 | | |
| | 44770 | 8-Jun-10 | 8-Jun-10 | | |
| | 44770 | 8-Jun-10 | 8-Jun-10 | | |
| | 44770 | 8-Jun-10 | 8-Jun-10 | | |
| | V4972 | 16-Feb-10 | 16-Feb-10 | | |
| | V4972 | 16-Feb-10 | 16-Feb-10 | | |
| | V4972 | 16-Feb-10 | 16-Feb-10 | | |
| | 4439 | 30-Mar-10 | 30-Mar-10 | | |
| | 56032 | 14-May-10 | 14-May-10 | | |
| | 56032 | 14-May-10 | 14-May-10 | | |
| | 56032 | 14-May-10 | 14-May-10 | | |
| | 5853 | 26-Apr-10 | 26-Apr-10 | | |
| | 5853 | 26-Apr-10 | 26-Apr-10 | | |
| | 290.1 | 17-Feb-10 | 17-Feb-10 | | |
| | 290.1 | 17-Feb-10 | 17-Feb-10 | | |
| | 290.1 | 17-Feb-10 | 17-Feb-10 | | |
| | 290.1 | 17-Feb-10 | 17-Feb-10 | | |
| | 2901 | 17-Feb-10 | 17-Feb-10 | | |
| | 2901 | 17-Feb-10 | 17-Feb-10 | | |
| | 2901 | 17-Feb-10 | 17-Feb-10 | | |
| | 2901 | 17-Feb-10 | 17-Feb-10 | | |
| | 2962 | 28-Jul-10 | 28-Jul-10 | | |
| | 2962 | 28-Jul-10 | 28-Jul-10 | | |
| | 2962 | 28-Jul-10 | 28-Jul-10 | | |
| | 5853 | 23-Dec-10 | 23-Dec-10 | | |
| | 41071 | 12-Jun-10 | 12-Jun-10 | | |
| | 41071 | 12-Jun-10 | 12-Jun-10 | | |
| | 41071 | 12-Jun-10 | 12-Jun-10 | | |
| | 41519 | 12-Mar-10 | 12-Mar-10 | | |
| | 20410 | 12-Nov-10 | 12-Nov-10 | | |
| | 26390 | 6-Jan-10 | 6-Jan-10 | | |
| | 26390 | 6-Jan-10 | 6-Jan-10 | | |
| | 26390 | 6-Jan-10 | 6-Jan-10 | | |
| | 26390 | 6-Jan-10 | 6-Jan-10 | | |
| | 4280 | 12-Jan-10 | 12-Jan-10 | | |
| | 4280 | 12-Jan-10 | 12-Jan-10 | | |
| | 4280 | 12-Jan-10 | 12-Jan-10 | | |
| | 4439 | 12-Jan-10 | 12-Jan-10 | | |
| | 4439 | 12-Jan-10 | 12-Jan-10 | | |
| | 4439 | 12-Jan-10 | 12-Jan-10 | | |
| | 4169 | 1-Nov-10 | 1-Nov-10 | | |
| | 42822 | 1-Jun-10 | 1-Jun-10 | | |
| | 56032 | 27-Aug-10 | 27-Aug-10 | | |
| | 43820 | 19-Apr-10 | 19-Apr-10 | | |
| | 58581 | 8-Dec-10 | 8-Dec-10 | | |

REDACTED

DxID Non Accepted

| CONSUMNO [REDACTED] | DIAG | UBFRDATE | UBTODATE | MEDICARE [REDACTED] | DELETEIND1 |
|---|---|---|---|---|---|
| | 58581 | 8-Dec-10 | 8-Dec-10 | | |
| | 58581 | 8-Dec-10 | 8-Dec-10 | | |
| | 70750 | 25-Oct-10 | 25-Oct-10 | | |
| | 70750 | 25-Oct-10 | 25-Oct-10 | | |
| | 70750 | 25-Oct-10 | 25-Oct-10 | | |
| | 70750 | 25-Oct-10 | 25-Oct-10 | | |
| | 58581 | 26-Jan-10 | 26-Jan-10 | | |
| | 58581 | 26-Jan-10 | 26-Jan-10 | | |
| | 58581 | 26-Jan-10 | 26-Jan-10 | | |
| | V551 | 4-Nov-10 | 4-Nov-10 | | |
| | 5570 | 22-Nov-10 | 22-Nov-10 | | |
| | 3572 | 11-Jun-10 | 11-Jun-10 | | |
| | 3572 | 11-Jun-10 | 11-Jun-10 | | |
| | 3572 | 11-Jun-10 | 11-Jun-10 | | |
| | 3572 | 11-Jun-10 | 11-Jun-10 | | |
| | 496 | 11-Jun-10 | 11-Jun-10 | | |
| | 496 | 11-Jun-10 | 11-Jun-10 | | |
| | 496 | 11-Jun-10 | 11-Jun-10 | | |
| | 496 | 11-Jun-10 | 11-Jun-10 | | |
| | 4439 | 21-Sep-10 | 21-Sep-10 | | |
| | 4439 | 21-Sep-10 | 21-Sep-10 | | |
| | 4439 | 21-Sep-10 | 21-Sep-10 | | |
| | 4439 | 21-Sep-10 | 21-Sep-10 | | |
| | 707.1 | 22-Oct-10 | 22-Oct-10 | | |
| | 707.1 | 22-Oct-10 | 22-Oct-10 | | |
| | 707.1 | 22-Oct-10 | 22-Oct-10 | | |
| | 25040 | 8-Feb-10 | 8-Feb-10 | | |

REDACTED