UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA *EX REL.* TERESA ROSS,<br><br>                    Plaintiff/Relator,<br><br>     v.<br><br>GROUP HEALTH COOPERATIVE, INDEPENDENT HEALTH CORPORATION, DxID LLC, DR. JOHN HAUGHTON, and BETSY GAFFNEY<br><br>                    Defendant. | Case No. 12-CV-00299-WMS |

## GROUP HEALTH COOPERATIVE'S NOTICE OF SETTLEMENT IN PRINCIPLE

This is a notice to the Court and the other parties that Kaiser Foundation Health Plan of Washington, successor to Group Health Cooperative ("GHC") has reached an agreement in principle with the United States to settle this case as to the claims against GHC.  GHC understands that Relator does not object to the terms of that agreement in principle.  GHC and the United States are in the process of negotiating the final terms of the agreement, which GHC anticipates will be completed in the near term.  GHC has filed its reply brief in relation to its Motion to Dismiss (Dkt. 91) out of an abundance of caution and to comply with the Court's Order of October 23, 2019 (Dkt. 97) setting a due date for reply briefs of January 23, 2020, which, absent compelling cause, may not be extended.

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

.

Dated:  January 23, 2020

                PERKINS COIE LLP

                By:  /s/  David B. Robbins__

                David B. Robbins
                Matthew P. Gordon
                1201 Third Avenue, Suite 4900
                Seattle, WA  98101-3099


                O'MELVENY & MYERS LLP

                David J. Leviss
                1625 Eye Street, NW
                Washington, DC 20006

                Elizabeth M. Bock
                400 South Hope St.
                Los Angeles, CA 90071


                *ATTORNEYS FOR KAISER FOUNDATION*
                *HEALTH PLAN OF WASHINGTON,*
                *SUCCESSOR TO DEFENDANT*
                *GROUP HEALTH COOPERATIVE*