# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| United States of America, *ex rel.* Teresa Ross, <br><br> Plaintiffs, <br><br> v. <br><br> Group Health Cooperative, et al., <br><br> Defendants. | Civil Action No. **12-CV-0299 (WMS)** |

## NOTICE OF SUPPLEMENTAL AUTHORITY

Relator respectfully submits this Notice to inform the Court of the recent decision of the District Court for the Northern District of California in *United States ex rel. Ormsby v. Sutter Health et al.* 3:15-cv-01062 (N.D. Cal.), Dkt. 114, issued on March 16, 2020, which is relevant to the motions before the Court. A copy of the decision is attached as Exhibit A.

Respectfully Submitted,

March 27, 2020         CONSTANTINE CANNON LLP

By: /s/ *Michael J. Ronickher*
Michael J. Ronickher
Max Voldman
1001 Pennsylvania Ave. NW
Suite 1300N
Washington, DC 20004
202.204.4523

PHILLIPS & COHEN LLP

By: /s/ *Emily Stabile*
Emily Stabile
100 the Embarcadero
Suite 300
San Francisco, CA
415.836.9000

Attorneys for Relator
Teresa Ross

**CERTIFICATE OF SERVICE**

I hereby certify that on March 27, 2020, I electronically filed the foregoing document with the Clerk of the District Court using its CM/ECF system, which would then electronically notify all parties of record who are CM/ECF participants on this case.

Washington, DC
March 27, 2020

                                         CONSTANTINE CANNON LLP

                                         By: /s/ Michael J. Ronickher
                                         Michael James Ronickher
                                         1001 Pennsylvania Ave. NW
                                         Suite 1300N
                                         Washington, DC 20004
                                         202.204.4523

                                         *Attorney for Relator*
                                         *Teresa Ross*