# Ex. F

## MEMORANDUM
## DRAFT

TO:        FILE

FROM:    Mike Faso

DATE:    March 28, 2011

RE:        RADV AUDIT SUMMARY

CMS announced in the Oct 22, 2009 Fed Register that they plan to audit 110 MA plans total during the two year target period of 2010-2011. This amount is almost 3 ½ times the amount of plans selected in 2009 for the 2007 targeted RADV audit. All plans will have a 12-week deadline to submit the one best medical record to substantiate an HCC. Typically 700 HCC's will need to be validated on an approximate sample size of 200 patients. Discrepancies will be extrapolated on the plan level for that discrepant HCC rather than as formerly done on the individual beneficiary level, as has been their past practice.

As of December 31, 2009, Independent Health established a $21 million reserve related to it's exposure to audit by CMS either through a random or targeted audit. In conjunction with Independent Health's 2010 audit, the company is aware that CMS has completed targeted and random audits of Medicare Advantage plans in an effort to recover funds paid to them in error, based on HCC score adjustments.

We understand that the plans notified are under examination for information filed on 2008 claims activity. Our latest information also indicates the audits would be designed to develop an error rate based on selecting a sample of claims applicable to members meeting certain criteria. To date, CMS has not announced it's extrapolation methodology, however we are aware the Inspector General (IG) has completed approximately 6 audits using a sample size of 100 and prepared an extrapolation of the error rate. This information has been provided to CMS by the IG in order to implement the appropriate collection process. These audits are referred to as Risk Adjustment Data Validation, or RADV. It became apparent to the company (based on consultation with industry experts) that all plans would ultimately undergo a RADV audit.

The plans being selected for the initial audits occurring in early 2010 were those 25 which had the highest percentage increase (approximately 3% ) in disease growth from 2004 to 2007 and 8 randomly selected plans from those remaining.

1

Given the above scenario, Independent Health continues to believe that it would be prudent to maintain a reserve on its books at year-end 2010 in contemplation of the audit to which it will inevitably be subjected.

The current audit process by CMS includes the selection of 201 members from 3 stratums:

1. All members in sample continuously enrolled during the audit period
2. All members in sample at least one HCC
3. Three equal stratum developed based on ranking of risk scores

The criteria are further defined as follows:

1. A member needed to be with us for the entire year in order to be considered for inclusion in the following year audit.  In other words, Independent Health was the only plan that could have submitted data pertaining to this member during 2007 as it pertains to an audit for the 2008 revenue period. The same criteria would apply with regards to members included in the 2009 and 2010 Audit Population, in that they needed to be with us for all of 2008 or for all of 2009, respectively.  Due to the fact that we continuously enroll members during the course of the year, it would be logical that the Audit Population (and ultimate risk exposure) would be higher in 2009 and 2010 than in 2008 or 2007.
2. The Model Output Report (MOR) is used to calculate the potential reserve exposure.  This report includes claims information pertaining to all members of the plan, but is utilized to isolate those members who had at least one condition / diagnosis that resulted in an HCC score.  Based on the criteria outlined under the first two bullets above.
3. The Auditable Risk-Adjusted Revenue is derived from the Audit Population, which determines the base amount to which the error rate will ultimately be applied.  This revenue for  2008, 2009 and 2010 was estimated to be $249 million, $280 million,   and $292 million, respectively. (See attached schedules for 2008, 2009 and 2010).
4. HRP noted that the samples selected by CMS have resulted in error rates of 5 to 15% of auditable revenue based on the audits which have been completed.
5. Cognisight, the vendor hired by IH to review medical record information for HCC coding,  reviewed 27,805 records in 2008, in 2009  31,743 records and in 2010 reviewed 41,474 records. This is about 50% to 75% of our membership.  A Medicare Advantage member can have between 1 and 8 diagnosis codes that trigger 1 HCC code, so the reviews look to validate the submitted codes plus look for additional codes that may change the HCC category.  Some record reviews find several additional diagnosis codes, others find none. It is primarily a factor of what was coded in the record vs what was included in the billing to IH.

2

Diagnosis submitted through the claims system are not validated or corrected during the chart reviews. Additionally, there is no physical chart review of this information prior to submission through the RAPS (Risk Adjusted Payment Submission). Because the RADV recoveries use an extrapolation against all revenue by correcting an error in the validation process would create a double payment in the extrapolation process. FFS error rate, that has been calculated (although not officially verified by CMS), is anywhere between 5%-15% and is inherit in the base risk score calculations. An error rate of 5%-15% applied across the total amount of revenue exposed to a RADV review, would mean anywhere from $14.25 million to $42.75 million would be recoverable by CMS for each year under examination.

Additionally, once CMS selects their samples, it is our understanding the Plan must provide data to support the HCC's in the members chart. Since the plan must get access to this information from the provider, there is a high likelihood that some of this information may not be readily available which we understand would result in an error. Since the sample size is approximately 200 only 1 or 2 errors would likely result in a one or two percent error for lack of information. (CMS Methodology Attachment 5)

Update – Independent Health has engaged Health Risk Partners to perform a Mock audit on our membership during 2009. HRP used the CMS RADV methodology to select these members for contract H3362 only.

Per CMS Manual, eligible enrollees are determined as follows:

1.      Must be continuously enrolled in same MA all 12 months of data collection year

2.      Non ESRD status in or prior to payment year

3.      Non hospice between 01/01 of data collection year and 01/31 of payment year, and had less than 12 months of hospice during payment year

4.      Member in Medicare Part B coverage for all 12 months during data collection period (i.e. defined as full risk enrollees for risk adjusted payment)

5.      At least one risk adjustment diagnosis (ICD9-CM code) submitted during the data collection period that led to an HCC assignment. These payments were present for risk adjusted payments, based on plan-submitted risk adjustment data.

Once the eligible population is selected; the members of the population are sorted and stratified into 3 groups based on community risk score. A stratified random sample of 50 HICNs (201 for CMS RADV Audit) is selected. Stratum 1, 2, and 3 have 16, 17, and 17 members, respectively.

Once the sample of 50 HICNs were identified, all the associated HCCs for the sample we appended to generate complete sample.

3

The results of the sampling and methodology are Attachment 1.

The results to date of this memo are as follows:

*"The mock RADV audit of 50 members requires substantiation of 131 HCCs. While the audit is not yet complete, for the members with HCCs only coded through retrospective chart review (by an outside firm), HRP found nine of fourteen HCCs to be in error or otherwise unable to be substantiated in a RADV audit. (IH has sent these chart to a third party vendor for further review.) The preliminary conclusion reached by HRP indicates that there potentially are material abnormalities in the HCC data from retrospective chart review efforts of the plan versus coding results from other chart review vendors, or through the normal process of HCC coding. HRP believes that there are higher rates of coding in certain conditions. (Attachment 6)*

*HRP estimates the observed overall industry error rate to be between 14% and 25% for RADV audits. For Independent Health, HRP estimates the error rate range to be equivalent to or greater than this observed range based on the Mock RADV audit results accumulated thus far."*

The conclusion reached by HRP indicates that there are specified abnormalities in the HCC data of our plan versus findings from other vendors. Independent Health will do a further analysis of these findings. The preliminary audit of 50 members with 131 HCC's shows an overall error rate which is at least equivalent to, if not higher than industry norms. When this error rate is applied to the $311 million of HCC revenue in 2009 this amounts to a minimum obligation to the plan of at least $21 million (amount reserved).

There are 651 Medicare Advantage contracts nationwide. (Attachment 2) We own two of them; one HMO and one PPO. Our HMO, using the CMS enrollment numbers, ranks 40th with 60,010 members. This puts the HMO contract in the 93rd percentile of plans.

It terms of overall enrollment, the HMO, with 60,010 members, represents 0.542% of the Medicare Advantage total market place.

In our service area, our HMO covers 41.95% of the Medicare Advantage enrollment in the 8 county area. It also is 20.36% of all of the Medicare eligibles in the area Combined, the HMO and PPO cover 45.14% of the Medicare Advantage enrollees and 21.91% of all of the Medicare eligibles in our area. (See attachment 3)

Attached is an enrollment summary from the CMS website (Attachment 2). Our plans are highlighted.

4

Also attached are charts of population and Medicare products provided to residents on our region (Erie and Niagara County) (Attachment 3). These charts indicate that IH is the highest utilized plan in the region and that we have market share of 47% in Erie county and 57% of the market share in Niagara county.

The risk of audit selection increases as the size of the plan and the population it serves increases, thus giving more credibility to the proposition that IH will be selected for audit. In fact, we are in the top 10 of non public Medicare Advantage providers in the country based on this data. For this reason, we believe, as a plan we have a high likelihood of selection for audit.

**Conclusion - It is highly likely an audit will occur on our existing Medicare book of business as we are one of the larger Medicare Advantage plans in the country and the largest in the eight counties of WNY (our service region). It is also more likely than not that errors will be found which will result in reduced reimbursement for the years which remain open with CMS, based on the Mock RADV audit results to date. Based on this information, as well as the settlement range established utilizing this process and information, management felt that it was prudent to maintain its $21 million reserve for a RADV audit at year-end 2010 pertaining to open CMS audit periods. This reserve represents less than 1.5% of revenue during the 2008 to 2010 CMS revenue period and less than 2.4% of revenue which would be considered Risk Adjusted Revenue during this period. These percentages are also well below the known minimal error rate of 5% found in existing audits for the plans with revenue from CMS. This amount is also at the low end of the range of possible overpayment based on the preliminary audit results provided by HRP in their Mock RADV audit.**