# Ex. G

**HEALTHRISK**
**Partners**
Services for Medicare & Medicaid Plans

## Risk Adjustment Data Validation Executive Summary and Extrapolation of Results for Independent Health

Independent Health engaged Health Risk Partners (HRP) to conduct a mock Risk Adjustment Data Validation (RADV).  HRP randomly selected 50 members (with 131 HCCs) based on the likelihood that the member would be included in an actual RADV audit. HRP identified **458** medical records that represented 100% of the selected member's medical records based on claims data acceptable for Risk Adjustment.  HRP successfully retrieved **99%** of the needed records.

Medical record review was conducted using HRP Certified Professional Coders in accordance with ICD9 Coding Guidelines, Coding Clinic Determinations, and Medicare Risk Adjustment RADV requirements. HRP strictly complied with all HIPAA and PHI requirements.  HRP followed stringent QA mechanisms to ensure the accuracy of our coding and coded all records a minimum of two times.  Records found to be coded in error were personally reviewed by HRP's Vice President of Clinical Coding Services.

This report represents HRP's summary of the audit results. This analysis provides an annualized value of the results based on the bid amount and the value of the HCC.  In addition, HRP estimates an extrapolation of the resulting payment error across Independent Health's RADV eligible population. These results can be used to understand the potential impact of a RADV audit. When extrapolating results to the larger population, Independent Health should keep in mind that the sample size was approximately 25% of a full RADV Audit; typically CMS uses a minimum sample size of 201 members when extrapolating to the larger population.

### Coding Results – HCC's Confirmed and Additional HCC's Found

HRP confirmed **85** of the HCCs in the sample, which represented **65%** of the HCCs being substantiated. The HCCs confirmed yielded **$220,765** in annualized value.  In addition, HRP found **19** undocumented HCCs with an additional annual value of **$42,394.**

| Status | Part C HCC Annualized Value | Part C HCC Count | % of Total |
|---|---|---|---|
| Confirmed | $195,901 | 72 | 55% |
| Confirmed with Signature or Credential Issue | $24,864 | 13 | 10% |
| **Total Confirmed** | **$220,765** | **85** | **65%** |
| Additional Codes Found | $42,394 | 19 | |
| **Total Confirmed & Additional** | **$263,159** | **104** | |

**HEALTH RISK Partners**
Services for Medicare & Medicaid Plans

**RADV Executive Summary and Extrapolation of Results for Independent Health**
**Page 2**

**Coding Results – HCC's Not Confirmed**

HRP was not able to substantiate and/or failed **46** HCCs, or **35%** of the sample, representing **$122,731** in annualized value. Of these, **3** HCCs were not confirmed as the record was prior medical history only and **1** HCC was failed due to the record missing a signature.   HRP was unable to confirm **6** HCCs but found other HCCs that were lower in the hierarchy.

| Status | Part C HCC Annualized Value | Part C HCC Count | % of Total |
|--------|-----------------------------|------------------|-----------|
| Unconfirmed | $94,414 | 36 | 27% |
| Unconfirmed and Lower in the Hierarchy | $19,298 | 6 | 5% |
| Unconfirmed – Record Was Prior Medical History Only | $4,498 | 3 | 2% |
| Unconfirmed – with Signature or Credential Issue | $4,521 | 1 | 1% |
| **Total Unconfirmed/Failed HCC Rate** | **$122,731** | **46** | **35%** |

**Extrapolation Analysis**

Based on the coding results, HRP has projected the audit results across the entire Independent Health RADV eligible population to estimate an overall resulting payment error.  The original risk adjustment payment for the population was **$282.4M.**  When fully extrapolating the payment error back to the RADV eligible population, HRP projects the total payment error to be **$44.7M.**  This represents a **16%** negative change in payment for the population that was subject to sampling.

| Extrapolation Summary | |
|-----------------------|--|
| Estimated Total Original Payment | $282,482,895 |
| Estimated Weighted Payment Error | $44,700,063 |
| Payment Error Rate | 16% |

**Confidential – For Independent Health Use Only**                    **May 23, 2011**
For Illustrative and Discussion Purposes Only

**HEALTH RISK Partners**
Services for Medicare & Medicaid Plans

**RADV Executive Summary and Extrapolation of Results for Independent Health**
**Page 3**

**Signature Credentials**

Throughout the entire audit sample, HRP found a relative small number of signature or credential issues (14).  These are treated in this analysis as confirmed.  This represents an opportunity for additional provider education regarding proper signature and credentials.  Providers should be reminded that CMS requires that all documentation be signed by the treating provider, and that if the printed name of the provider is not present that the signature should be legible so that CMS can clearly determine the treating provider's name.  The appropriate credential (MD, DO, PA-C, NP, etc.) of the treating provider must also be present on each date of service ("Dr" is not acceptable).

**Error Rate Due to Retrospective Efforts**

HRP reviewed 22 HCCs where the only instance of the HCC was attributable to another coding vendor's retrospective review.  Of those reviews, HRP failed 15 instances or 68% of the population.   The largest reason for failure (seven instances) was due to coding Chronic Kidney Disease (CKD) from lab values where the physician did not directly indicate this condition. Coding from lab values is not allowed by CMS or national coding standards.  In these cases, HRP did not find any other instance of CKD before or after this coding from the lab value.  Six coding errors were related to incorrect ICD9 coding. One coding error was related to a missing chart and one was due to an Addendum.

| Other Coding Vendor | Part C HCC Count | % of Total |
|---|---|---|
| Confirmed | 7 | 32% |
| Unconfirmed | 15 | 68% |
| **Total** | **22** | |

In some cases HRP found medical record coding from Addendums provided to the physicians.  While HRP did not find a material number of HCC's unsubstantiated due to Addendums,  HRP's Director of Coding and CEO reviewed the addendums and do not believe that they are acceptable for Risk Adjustment purposes. Further, HRP believes these are expressly prohibited under RADV coding rules and, in the event of an actual RADV audit, HRP would not submit these documents to CMS.

The final audit report "HRP Mock RADV Report 05162011" provided to Independent Health includes:

- Summary of retrieval and coding activities
- Full coding details
- Identification of records with signature and credential issues
- Best record selection

**Confidential – For Independent Health Use Only**                    **May 23, 2011**
For Illustrative and Discussion Purposes Only