# Ex. H

## ATTACHMENT 6

### Coding Intensity Comparison by HRP

# Coding Intensity by Vendor (with Renal Failure)



Legend: ■ Cognisite  ■ National Vendor  ■ Health Risk Partners

Chart — Coding Intensity by Vendor (y-axis: 0% to 30%)

| HCC Category | Cognisite | National Vendor | Health Risk Partners |
|---|---|---|---|
| HCC 131 - Renal Failure | ~27% | ~5.5% | ~6% |
| HCC 108 - Chronic Obstructive Pulmonary Disease | ~8.8% | ~6.5% | ~7% |
| HCC 83 - Angina Pectoris/Old Myocardial Infarction | ~8.8% | ~9.5% | ~11.8% |
| HCC 105 - Vascular Disease | ~7% | ~9.3% | ~8% |
| HCC 15 - Diabetes with Renal or Peripheral Circulatory Manifestation | ~5.5% | ~2.8% | ~1.7% |



**HEALTHRISK** Partners
Services for Medicare & Medicaid Plans

PRIVILEGED AND CONFIDENTIAL: DO NOT COPY

1