# Ex. J



# DxID Diagnosis Specific Coding Policy (v1.0)

The DxID diagnosis specific coding policy supplements the DxID global coding policy for specific diagnoses required additional information. The DxID Clinical Team has defined diagnoses as either continuous chronic, resoling chronic, or acute. These clinical definitions are maintained by the DxID Clinical Team and Business Team in 'DxID ICD-9 Classification and Policy Association.xls'. Chronic conditions that require additional guidance have specific policies. Acute conditions that require specific treatment have specific policies.

As with the DxID global coding policy, the diagnosis specific chronic condition policy works to ensure that the source medical record documentation that supports each coded diagnosis be obtainable and demonstrate adherence to official coding guidelines.

## Policy C.1 – Old Myocardial Infarction

The ICD-9-CM Official Guidelines for Coding and Reporting (Effective October 1, 2011), the American Hospital Association Coding Clinic, the 2008 Risk Adjustment Data Technical Assistance For Medicare Advantage Organizations Participant Guide, and Risk Adjustment Data Validation guidance serve as guiding documents for the DxID old myocardial infarction policy.

The American Hospital Association asserts that old myocardial infarctions are significant and affect the management of a patient.[1]

> Question: When is it appropriate to assign code 412, Old myocardial infarction, versus code 414.8, Other specified forms of chronic ischemic heart disease, as a secondary diagnosis to show any old myocardial infarction (MI)?

> Answer: Code 412, Old myocardial infarction, is a history code and should be reported to identify a "healed old MI" whether the patient is currently experiencing problems of not. An old myocardial infarction is coded because it is significant and affects the management of the patient. The note under code 412 mentioning, "currently presenting no symptoms" refers to symptoms related to the previous old myocardial infarction, not cardiac symptoms in general.

The American Hospital Association guidance and the official coding guideline stating, "Code all documented conditions that coexist at the time of the encounter/visit, and require or affect patient care treatment or management,"[2] support DxID's policy to code all old myocardial infarctions documented on signed and dated progress notes.

Additionally, electrocardiograms can be used to support the presence of an old myocardial infarction. As of May 24, 2012, the Medicare Advantage Customer Service and Support website (www.csscoperations.com) contained frequently asked questions from the Calendar Year 2004 Risk Adjustment Data Validation (RADV) audit.[3]

> Q3: If the only documentation in the chart of an old MI is on an EKG, can we use ICD9 code 412 and submit it as a physician visit?

© 2012 DxID, LLC

A3: Every medical record is different. In many instances, an EKG report with the diagnosis documented on the report and a physician signature is acceptable documentation to code a diagnosis of 412 (old myocardial infarction).

The Centers for Medicare and Medicaid Services (CMS) establish that EKG reports are, in many cases, acceptable to code an old myocardial infarction. DxID uses the 2011 Ingenix ICD-9-CM for Hospitals—Volumes 1, 2, &3 to further substantiate the use of EKGs to code old myocardial infarctions.[4]

412   Old myocardial infarction

Healed myocardial infarction

Past myocardial infarction diagnosed on ECG [EKG] or other special investigation, but currently presenting no symptoms

In an effort to adhere to official coding guidelines, DxID uses the ICD-9-CM Official Guidelines for Coding and Reporting (Effective October 1, 2011) to support the use of EKGs to code old myocardial infarctions.[5]

L. Patients receiving diagnostic services only

For outpatient encounters for diagnostic tests that have been interpreted by a physician, and the final report is available at the time of coding, code any confirmed or definitive diagnosis(es) documented in the interpretation. Do not code related signs and symptoms as additional diagnoses.

As the official coding guidelines do not define what classifies as a physician interpretation, DxID uses the 1997 Documentation Guidelines for Evaluation and Management Services as guidance.[6]

DG: The review of lab, radiology and/or other diagnostic tests should be documented. An entry in a progress note such as "WBC elevated" or "chest x- ray unremarkable" is acceptable. Alternatively, the review may be documented by initialing and dating the report containing the test results.

Additionally, the 2008 Risk Adjustment Data Technical Assistance For Medicare Advantage Organizations Participant Guide defines electronic signatures.[7]

If electronic signatures are used as a form of authentication, the system must authenticate the signature at the end of each note. Some examples of acceptable electronic signatures are: "Electronically signed by," "Authenticated by," "Approved by," "Completed by," "Finalized by," or "Validated by," and include the practitioner's name and credentials and the date signed.

Guidance from the various governing bodies of coding and medical record documentation is used to develop the following policy.

Policy [C.1]: Old myocardial infarctions documented on signed and dated progress notes will be coded; Electrocardiograms that have been interpreted by a physician, by initials or electronic signature, and are available to the physician at the time of coding will be coded.

© 2012 DxID, LLC

## Policy C.2 – Chronic Kidney Disease, Stage 3-6

## Change History

- May 25, 2012 – Diagnosis Specific Chronic Condition Policy (v1.0) created and C.1 written.
- May 30, 2012
    - Electronic signature guidance added to C.1
    - Polices changed to orange text
- May 31, 2012
    - C.2 started
- July 11, 2012

---

[1] The AHA Coding Clinic for ICD-9-CM, Second Quarter 2003, Page 10

[2] ICD-9-CM Official Guidelines for Coding and Reporting (Effective October 1, 2011), p. 94

[3] CY 2004 Risk Adjustment Data Validation Medical Record Request and Submission Process Frequently Asked Questions (April 18, 2005)

[4] 2011 Ingenix ICD-9-CM for Hospitals—Volumes 1, p. 138

[5] ICD-9-CM Official Guidelines for Coding and Reporting (Effective October 1, 2011), p. 95

[6] 1997 Documentation Guidelines for Evaluation and Management Services, p. 45

[7] 2008 Risk Adjustment Data Technical Assistance For Medicare Advantage Organizations Participant Guide, p. 171

© 2012 DxID, LLC