# Ex. K



# Medicare Advantage Documentation & Coding Tips

The Centers for Medicare & Medicaid Services (CMS) utilize a risk adjustment payment system for Part C of Medicare. This means that Medicare reimburses Medicare Advantage organizations for the amount of risk they take in caring for each of their beneficiaries. The level of risk is determined by the presence of a select group of diagnoses, which the Medicare Advantage organization submits from billing data, and documentation it receives from providers throughout the year. In the risk adjustment model, each diagnosis is assigned a numeric factor that represents the clinical risk of the condition. Periodically, CMS reviews the diagnoses in the model to identify additional predictors of care and cost. During this review, CMS adds and removes diagnoses to improve upon the risk adjustment model.

CMS can reject diagnoses unless properly documented in a signed medical record (e.g., an encounter note) reflecting a face-to-face encounter. Keep in mind that signature stamps are not considered a valid form of signature. There are special rules dictating when a Medicare Advantage organization can submit a diagnosis to CMS for the purposes of risk adjustment. The nuances of the risk adjustment system require conditions be documented each year, even when they are chronic in nature. Treatment and management of a condition should be recorded as well.

DxID provides the following coding tips for how to improve your medical record documentation which will not only assist in risk adjustment, but may also help support a more complete medical record for patient service purposes.[1]

> Peripheral Vascular Disease with complications
> *Action*: It is important to specify whether the Peripheral Vascular Disease is Venous or Arterial Disease.  Document in the encounter note all complications (i.e., Ulcer, Gangrene, Embolism…), if any, related to a specific vascular condition.  Potential examples include Peripheral Arterial Disease (PAD) with Ulcer, Venous Stasis Ulcer or Atheroembolism of lower extremity.

---

[1] This document is intended for educational purposes only. The physician must exercise his or her own independent professional judgment in creating the medical record.

© 2012 DxID, LLC



Pressure Ulcer of Skin
*Action*: Document in encounter notes the stages of Pressure/Decubitus Ulcers including Pre-Ulcer Stage I. DxID recognizes that nursing notes and wound care flow sheets are an excellent source for Pressure Ulcer documentation; however, CMS does not recognize non-physician documentation for risk adjustment purposes.

- Stage I: Intact skin with non-blanchable redness of a localized area usually over a bony prominence. This area could be painful, firm, soft, warmer or cooler compared to the adjacent area. Stage 1 includes the term: pre-ulcer skin changes limited to persistent focal erythema.
- Stage II: Loss of dermis, partial thickness. Often is a shallow open area with a red pink wound bed. Slough and/or bruising will not be present. An intact or ruptured blister is also considered a Stage II Ulcer. Skin tears, tape burns, etc. are not pressure ulcers.
- Stage III: Tissue loss is full thickness. Bone, tendon or muscle is not exposed. Subcutaneous fat may be visible. There may be undermining or tunneling. There may be slough present but the full depth of the ulcer can still be identified.
- Stage IV: There is full thickness tissue loss with exposed bone, tendon or muscle. Some parts of the wound bed may contain slough or eschar.
- Unstageable: The base of the wound is covered by slough and/or eschar. The stage cannot be identified until these products are removed. Unstageable also includes the Suspected Deep Tissue Injury (DTI), which is a purple or maroon colored area of intact skin that has underlying soft tissue damage caused from pressure and or shear. Do not document as a DTI, if the area is documented as being caused by trauma.

Diabetes with Acute Complications/Chronic Manifestations
*Action*: Document all complications/manifestations, as applicable, which are directly related to Diabetes. For example, "Diabetic Nephropathy" or "Diabetes with Nephropathy" would be interpreted as associated complications/manifestations of diabetes.  "Diabetes and Nephropathy" would be viewed as two independent conditions by CMS's rules for submission.

- Acute complications, which are usually treated in an acute care setting, may include Ketoacidosis, Diabetic Coma or Hyperosmolarity.

© 2012 DxID, LLC



- Chronic manifestations related to diabetes may involve renal, peripheral circulatory, neurologic and ophthalmic conditions (i.e., Polyneuropathy, Gastroparesis, ED, Cataracts, Blindness, Peripheral Angiopathy, CKD, etc…).  Every manifestation, that applies, should be documented specifically (i.e., Diabetic Neuropathy, Diabetic Ulcer d/t PVD, Diabetic Cataracts etc.).

Asthma
*Action*: Document in the encounter note specifically if the Asthma is extrinsic, intrinsic or chronic obstructive.   If a patient has baseline Asthma and persistent Airway Obstruction on pulmonary function tests, consider documenting the detailed diagnosis of Chronic Obstructive Asthma in an encounter note if you believe it applies.

Chronic Obstructive Pulmonary Disease (COPD)
*Action*: Document in the encounter note any diagnoses identified in diagnostic radiology reports, even though it may be redundant to the medical record. COPD is often documented in a variety of ways. It may include Emphysema, Simple Chronic Bronchitis (a.k.a. Smoker's Cough), or Chronic Recurrent Bronchitis, etc. Please be sure to capture this detail whenever COPD occurs**.**

Acute Cerebrovascular Accident versus History of Stroke
*Action*: Document Acute CVA/Stroke for initial episode of care in the acute care setting only. After the acute care episode, document as "History of CVA" and include any late effects of CVA, such as Hemiplegia or Monoplegia which persist.

Active Cancer versus History of Cancer
*Action*: Document Cancer diagnoses using the following guidelines

- Active Cancer (i.e., Breast Cancer, Prostate Cancer…) should be documented when Cancer is present, whether or not active treatment is being provided. This applies to patients that have refused treatment or when "watchful waiting" has been implemented (this too should be clearly documented).

- History of Cancer (i.e., Hx of Breast Cancer, Hx of Prostate Cancer…) should be documented when there is no evidence of current Cancer **and** the patient is no longer receiving treatment, but may require monitoring. Patients who have completed surgical treatment, chemotherapy, and/or radiation therapy with no evidence of recurrence, extension, or metastasis

© 2012 DxID, LLC



should be coded to a History of Cancer.

Major Depression versus Depression
*Action*: Document in the encounter note to clearly differentiate between Major Depression and Depression. If Major Depressive Disorder (MDD), then specify whether it is a single episode, recurrent episode, or in remission (i.e., MDD in remission). Include in documentation all management and treatment.

Chronic Kidney Disease (CKD)
*Action*: Stage CKD, as appropriate, when reviewing a patient's routine GFR lab work. Per The National Kidney Foundation, CKD is defined as either kidney damage or GFR <60 mL/min/1.73m$^2$ for ≥ 3 months. Kidney damage is defined as pathologic abnormalities or markers of damage, including abnormalities in blood or urine tests or imaging studies. When Kidney Disease occurs in concert with and/or as a complication of Diabetes, it is important to specifically document Diabetes with Renal Disease as a separate and distinct diagnosis.

Acute Fracture vs. History of Fracture
*Action*: Document Fracture diagnoses using the following guidelines.

- Acute Fracture is reported when the fracture is newly diagnosed and while the patient is receiving *active* treatment.   Examples of <u>active</u> treatment are: surgical treatment, emergency department encounter, evaluation and treatment by a new physician.

- History of Fracture (V codes or aftercare codes) is documented *after the patient has completed active treatment* of the fracture and is receiving routine care for the fracture during the healing or recovery phase. Examples of <u>routine</u> care are: cast change or removal, removal of external or internal fixation device, medication adjustment, and follow up visits following fracture treatment.  Care for complications of surgical treatment for fracture repairs during the healing or recovery phase should be coded with the appropriate complication codes.  Care of complications of fractures, such as malunion and nonunion, should be reported with the appropriate codes.

Old Myocardial Infarction
*Action*: Document an Old Myocardial Infarction (MI) because it is significant and affects the management of the patient. It is important to

© 2012 DxID, LLC



capture this diagnosis whenever it occurs. Old Myocardial Infarction is a history code and should be reported to identify a "Healed Old MI" or a "History of MI".  Document in the encounter note, "Past Myocardial Infarction diagnosed on ECG [EKG] or other special investigation, but currently presenting no symptoms", even though it may be redundant to the medical record. Old MI is often documented in a variety of ways.

Hypoxemia
*Action*: Document Hypoxemia when the patient has an arterial O2 saturation less than or equal to 88% or the patient is prescribed continuous oxygen and has a qualifying condition (COPD, Cor Pulmonale, CHF, etc.).  Medicare coverage of home oxygen and oxygen equipment under the durable medical equipment (DME) benefit (see §1861(s)(6)of the Act) is considered reasonable and necessary only for patients with significant Hypoxemia who meet the medical documentation, laboratory evidence, and health conditions.  Include in documentation ordered liter flow and hours per day usage.

Alcohol abuse vs. Alcohol Dependence
*Action*: While these terms are often used interchangeably, there are significant differences between them. Document in the encounter note to clearly differentiate between Alcohol Abuse and Alcohol Dependence.

- Alcohol Abuse describes the early stages of alcohol dependence.  Abuse occurs when there is a pattern of one or more alcohol-related negative consequences (i.e., legal problems, failing to fufill obligations or responsibilities).  Treatment for both Alcohol Abuse and Alcohol Dependence involves *abstinence*. Once an incident of Alcohol Abuse is over, however, one is not still considered to have an Alcohol *use* Disorder.

- Alcohol Dependence is significantly different. Unlike abuse, the diagnosis of dependence addresses symptoms of alcohol tolerance and withdrawal. Successful treatment of dependence does not eliminate the diagnosis. Even in abstinence from alcohol use, an individual is still considered to have the illness of Alcohol Dependence. The illness is considered, in sobriety, to be in a type of remission.  Once the progression from alcohol abuse to alcohol dependence occurs, an individual is considered to have alcohol dependence whether drinking or not.  Specify in the documentation whether it is continuous, episodic, or in remission.  Per coding guidelines, Alcohol Dependence includes Chronic Alcoholism.

*http://www.addictiontreatmentmagazine.com/addiction/alcohol-*

© 2012 DxID, LLC



*addiction/the-difference- between-alcohol-abuse-and-alcohol-dependence/*

Cachexia
*Action*: Consider documenting, as applicable, the diagnosis of Cachexia or wasting disease when there is weight loss exceeding 5% within the previous 3–12 months combined with symptoms characteristic for Cachexia (e.g., fatigue, anorexia), loss of skeletal muscle and biochemical abnormalities (e.g., anemia, increased inflammatory markers or low serum albumin). Treatment approach may be appetite stimulants and nutritional interventions.  Cachexia may be found in patients with pressure ulcers and chronic illnesses such as CHF, CKD, COPD, Cystic Fibrosis, Rheumatoid Arthritis, Alzheimer's Disease, and with advanced cancers.

© 2012 DxID, LLC