# Ex. L

349 West Commercial Street • Suite 2000 • East Rochester, NY 14445 • (855) 855-DxID (3943) • www.Dx-ID.com

# Group Health Cooperative (GHC) – DxID
## Conference Call
## 12/30/11
## Time: 12pm (ET) / 9am (PT)

**Group Health Cooperative Attendees**:
- Debbie Sather, Executive Director, Finance Administration Strategic Business Services, Group Health Cooperative
- Rhona Moses, Director, Health Information Management
- Stephen Tarnoff, Associate Medical Director

**DxID Attendees**:
- Betsy Gaffney, Co-CEO
- Dario Delkic, Senior Manager, Client Services
- Paul Starowicz, RN BSN, Clinical Manager
- Jane Dean, BSN CPC CCM, Clinical Coder

### Conference Call Notes

I.  2010 DOS review with DxID; DxID Clinical reviewers currently working in EPIC.

II.  Betsy Gaffney sent document with 3 different conditions to be discussed as examples for coding rules to apply:
    a.  CKD
    b.  Hypoxia
    c.  Old MI

III.  CKD
    a.  EPIC diagnosis coding job aids state that if documentation is sufficient to show Monitoring, Evaluating, Assessing or Addressing, or treatment, it is appropriate to code during the encounter. Reference Diagnosis Coding Requirements, MEAT. Monitoring is defined as Ordering labs, x-rays, diagnostic procedures, referrals for care.

    b.  Treatment for CKD is monitoring and ordering of labs, diagnosing is based on lab results over time.

    c.  GHC has less lab ordering than most groups for CKD.

    d.  Will GHC accept CKD for submission in RAPS if:

        i.  It is documented in the Snapshot and labs are ordered overtime and fall in the range of CKD level 3 or higher

IV.  GHC will allow diagnoses for submission if:

a. If diagnosis is listed in the ACTIVE Problem list, embedded in an encounter note at a face-to-face encounter.

b. If the diagnosis is stated during the base year at an encounter and there is evidence of treatment – ie. Labs are ordered, drugs are ordered.

c. On appeal, GHC would be tasked with finding the one best medical record to support the existence of a diagnosis; this may be one encounter note or one complete medical record. You can produce the medical record and the substantiating compilations as the medical chart and supporting documentation.

d. Dr. Tarnoff suggested DxID estimate value of what CKD, Old MI, and Hypoxia would be worth and the frequency within member population. GHC would use this information internally to assess the risk and decide the next step.  This information has been provided roughly, to Debbie Sather.

e. Rhona Moses: her challenge is when finding one best record, she would be looking for a mention of the condition on a face to face— she would not look for the best note, she would look for anything that mentioned the CKD by a treating provider. She believes it would be hard for GHC to pass a RADV if just using labs.  She is uncomfortable using the Epic snapshot information in the medical record in addition to lab results as validation as there is not verification that the content of the Epic snapshot cannot be overwritten

f. Betsy: based on Dr. Tharnoff's question: we would be looking at only stages 3 and above where lab values over time, that were available to the treating physician at the time of a visit would be indicative of the treatment and care of the condition.

V. Hypoxemia:

a. Betsy: Patients who are on oxygen over time, who have COPD/Emphysema etc. (which result in hypoxia) written on active problem list or Snapshot, and SAT rate indicates low oxygen or hypoxemia, according to GHC clinical guidelines. Do you want us to code hypoxemia?  The word hypoxemia is rarely specifically written in a medical record, 02 can only be prescribed for people with hypoxia.

b. Typically DxID would code hypoxemia if COPD is listed in active problem list and member is on oxygen. We would say that the doctor has recognized Hypoxemia and ordered the oxygen.

c. GHC's take on this: While it would not clearly say that the patient has Hypoxemia, based on the other elements listed in the chart that would help substantiate the condition, GHC feels that coding

349 West Commercial Street • Suite 2000 • East Rochester, NY 14445 • (855) 855-DxID (3943) • www.Dx-ID.com

hypoxemia in this instance would be defendable in an appeal and acceptable for submission.

**d. However, this is not a decision—it will need to be taken into an internal discussion at GHC.**

VI. Old MI:

a. Betsy: Coding rules (AHA, ICD 9, AHIMA) around Old MI are that you should always code if it ever occurred. Old MI is a condition that is indicated by: evidence that a heart attack occurred more than 8 weeks ago. The heart attack could be clinically evidenced in a signed and dated EKG, through beta-blocker use, or in an old note. (we would not take the EKG on its own). Can we code an Old MI when the chart indicates the patient had an MI based on ICD 9 coding rules and AHA guidance which requires coding it.

b. Doctors usually do not document Old MI, they document the heart attack. From a coding rule standpoint, you should always code an old MI, applying the CMS medical record documentation rules that it is easily inferred from the medical record. History of heart attack always has an impact on care and on risk.

c. What parameters would you like for us to place around Old MI?(question for Rhona).

d. Rhona: There needs to be some verbiage to indicate a heart attack in chart note in the DOS year. The EPIC snapshot should not be used for coding because a snap shot may not be valid as the "one best medical record." In appeal, they would have to re-create the EPIC snapshot, which may change and drop the condition all-together (someone will check to see if EPIC allows elimination of an entry to the medical record. It would be outside of GHC control if there were any changes made to the EPIC snapshot unlike a chart note. Ideally, they would need some reference of Heart attack/MI in encounter notes.

e. Old MI was added to the discussion notes between GHC and Rick.

f. Dr. Tarnoff was under the impression that it was the one condition where you could code from lab results and did not need to mention in the face-to-face notes. Betsy agreed that it was very different from other diagnoses based on coding rules that apply.

g. Betsy: if Old MI was mentioned in the EPIC snapshot and beta blockers were mentioned in the chart notes, would GHC allow the coding of Old MI then?

h. Rhona feels that this would be defensible but internally they would not code off of this—still an EPIC snapshot concern because there is a good chance that the EPIC snapshot could be modified without any monitoring capabilities.

349 West Commercial Street • Suite 2000 • East Rochester, NY 14445 • (855) 855-DxID (3943) • www.Dx-ID.com

i.  Dr. Tarnoff asked if this Old MI is frequent in the population that we deal with. The answer is "yes", Old MI is frequent and generally not specifically documented, but always relevant to care.

j.  DxID clinicians are seeing Old MI listed in patient active problem list embedded in record. Old MI is listed in the chronic conditions review, Rhona confirmed that may not reflect a face to face encounter. Sometimes DxID will find an EKG supporting the diagnosis from previous year, GHC would prefer not to have to support that in a RADV.

k.  DxID will see Coronary Artery Disease listed in the active problem list, and stent insertion / angioplasty in the past. EPIC has linking within the record that pushes through the CAD to the EKG with the Stent for the Old MI – should DxID cod the Old MI?

l.  Rhona—if they had to appeal, they would provide all of the documentation of the patient's history, as mentioned by our clinicians, to the RADV appeal. Rhona believes it would be supportable.

m.  Betsy: If we can follow the Old MI through, listed on 3 points of reference. Would that be acceptable by GHC?

   i.  Rhona: If the lists of reference are not in a face to face, that is a decision to be made internally.

VII. DxID Considerations for Medical Record Review and Diagnosis Collections.
   a.  Discussion Item 8:

      i.  Concept of dx can exist without being actively treated and may not require clinical treatment, but rather monitoring.

         1.  GHC completely understands and agrees with this statement.

      ii. The 3 patient examples (amputation, alcoholic, drug addict):

         1.  If GHC has some snippet of documentation in a chart note; they would feel comfortable coding that. Ideally they would like for the doctor to mention the current status of condition in chart notes. From a risk adjustment stand point, if stated at all in chart note, Rhona believes it is defensible on appeal and they are comfortable taking it.

VIII.    EPIC EMR currently does not have any mentioning of the members race.

   a.  This is something being collected now in the member registration process. Not collecting this information is very common.

349 West Commercial Street • Suite 2000 • East Rochester, NY 14445 • (855) 855-DxID (3943) • www.Dx-ID.com

IX.  Where we are:

a.   DxID will continue to work on the EPIC records with the agreement that diagnoses written in the active problem list will be submitted in RAPS and are supportable from a coding perspective.

b.   GHC will need to internally decided on Hypoxia, Old MI, and CKD and get back to DxID with a decision on how to proceed.

c.   Debbie will follow up with Rick on CKD, Old MI, and Hypoxia and areas where Rhona believes there may be risk associated with coding, but believes on appeal, the coding logic is supportable.

d.   DxID has the ability to bring in additional clinicians, essentially doubling our review efforts, after GHC makes internal decision on how to approach the coding rules with regard to EPIC active problem lists and ICD 9 specific coding rules.

e.   DxID has provided, for Debbie and Rick, a sample of financial impact for CKD and Old MI.