# Ex. M

## Addendum to the encounter note of 09/13/2012

███████████    DOB: ███████    HICN: ███████████

This is an addendum to the original encounter note dated 09/13/2012. It serves to further clarify and detail the **diagnoses and conditions that existed at the time of this visit.** These diagnoses coexisted and required or affected the care, treatment, or management of ███████████ at the time of this encounter.

This addition of this addendum to the above encounter note seeks to ensure that this medical record is complete and accurate.

☐ **Arterial embolism and thrombosis of lower extremity**   ICD9: 444.22

| ☐ Monitored / observed as affects overall care of the patient | ☐ Reviewed or ordered medication | ☐ Reviewed or ordered labs or x-rays |
|---|---|---|
| ☐ Counseled patient re: | | ☐ Referred to specialist |
| ☐ Other: | | ☐ Patient refuses treatment |

Notes _____

☐ **Embolism and thrombosis of iliac artery**   ICD9: 444.81

| ☐ Monitored / observed as affects overall care of the patient | ☐ Reviewed or ordered medication | ☐ Reviewed or ordered labs or x-rays |
|---|---|---|
| ☐ Counseled patient re: | | ☐ Referred to specialist |
| ☐ Other: | | ☐ Patient refuses treatment |

Notes _____

☒ **Chronic Kidney Disease**   ICD-9: 585. _9_   1-6 or 9

| ☑ Monitored / observed as affects overall care of the patient | ☐ Reviewed or ordered medication |
|---|---|
| ☐ Counseled patient re: | ☐ Referred to specialist |
| ☐ Reviewed or ordered labs or x-rays | ☐ Patient refuses treatment |
| ☐ Other: | |

585.1 = CKD, Stage 1, Kidney Damage with Normal or High GFR
585.2 = CKD, Stage 2, Kidney Damage with Single GFR < 90
585.3 = CKD, Stage 3, Two Consecutive GFRs < 60, Three Months Apart
585.4 = CKD, Stage 4, Two Consecutive GFRs < 30, Three Months Apart
585.5 = CKD, Stage 5, Two Consecutive GFRs < 15, Three Months Apart
585.6 = End Stage Renal Failure, Requiring Chronic Dialysis
585.9 = CKD, Unspecified Level

Notes _____

**Other Conditions Addressed**

Client: IH
Received:
Clinical: 6/12/13
Km 6/13
_____

_____
_____
_____

Notes _____

I affirm that the above information is true and accurate for the 09/13/2012 encounter, and that this document is placed in the patient's medical record to addend the note of 09/13/2012.

Physician Signature: ███████████    Date: _5_ / _26_ /2013
                                          month    day

© 2011-2013 DxID, LLC