UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel., TERESA ROSS,<br><br>        Plaintiff,<br><br>        v.<br><br>INDEPENDENT HEALTH ASSOCIATION, et al.,<br><br>        Defendants. | Civil Action No. 12-CV-0299 (WMS) |

**NOTICE OF MOTION OF DEFENDANTS
INDEPENDENT HEALTH CORPORATION, INDEPENDENT
HEALTH ASSOCIATION, DXID, LLC, AND BETSY GAFFNEY
TO DISMISS UNITED STATES' COMPLAINT IN INTERVENTION**

    PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, the undersigned will move this Court, at date and time for oral argument to be determined by the Court, for an order pursuant to Federal Rules of Civil Procedure 9(b) and 12(b)(6) to dismiss the United States' Complaint In Intervention dated September 13, 2021 in its entirety, together with such other and further relief as this Court deems just and proper.

    Pursuant to Local Rule 7(b), Defendants Independent Health Corporation, Independent Health Association, DxID, LLC, and Betsy Gaffney reserve the right to serve a reply to the United States' opposition.

Dated: November 16, 2021 	Respectfully submitted,

  /s/ Daniel Meron
Daniel Meron (admitted *pro hac vice*)
David C. Tolley (admitted *pro hac vice*)
Michael Clemente (*pro hac vice* pending)
LATHAM & WATKINS LLP
555 Eleventh Street NW, Suite 1000
Washington, DC 20004
Tel: (202) 637-2200
Fax: (202) 637-2201
daniel.meron@lw.com

Vincent E. Doyle III
Bryan P. Kroetsch
CONNORS LLP
1000 Liberty Building
Buffalo, NY 14202
Tel: (716) 852-5533
Fax: (716) 852-5649

*Attorneys for Defendants*
*Independent Health Corporation;*
*Independent Health Association; and*
*DxID, LLC*

  /s/ Timothy W. Hoover
Timothy W. Hoover
Spencer L. Durland
HOOVER & DURLAND LLP
561 Franklin Street
Buffalo, New York 14202
Tel: (716) 800-2604
Fax: (716) 885-8569

*Attorneys for Defendant Betsy Gaffney*